## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**JORGE LUIS HERNANDEZ**          **CIVIL DOCKET NO. 1:26-CV-1109**

**VERSUS**                        **JUDGE DAVID C. JOSEPH**

**BRIAN ACUNA ET AL**             **MAGISTRATE JUDGE JOSEPH
                                   H.L. PEREZ-MONTES**

### ORDER

Considering Petitioner Jorge Luis Hernandez's MOTION TO VOLUNTARY DISMISS HABEAS PETITION (the "Motion") [Doc. 7];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] filed by Petitioner Jorge Luis Hernandez is hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 13th day of May 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE